UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                    Case No. 13-CR-234

**DAMIAN PATRICK,**

    Defendant.

## DECISION AND ORDER

Magistrate Judge William E. Callahan, Jr. has recommended to this Court that Defendant Damian Patrick's (Patrick) motion to suppress be denied.

Patrick has objected, the government has filed a response, and the Court has reviewed the decision and the responses. Because the Court thinks that Magistrate Judge Callahan has utilized precedent that is more cogent than that relied upon by Patrick, the Court will adopt Magistrate Judge Callahan's recommendation and deny the motion to suppress.

**IT IS HEREBY ORDERED THAT:**

Patrick's motion to suppress (ECF No. 41) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 7th day of January, 2015.

**BY THE COURT:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**